## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH R. REISINGER,** : | |
| : | |
| Plaintiff | CIVIL ACTION NO. 3:13-2572 |
| : | |
| v. | |
| : | (MANNION, D.J.) |
| **MICHAEL SHUCOSKY and** | (BLEWITT, M.J.) |
| **DANIEL PILLETS,** : | |
| Defendants : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The report and recommendation of Judge Blewitt, (Doc. No. 14), is **ADOPTED**;

(2) Plaintiff's motion for remand, (Doc. No. 7), is **GRANTED**;

(3) The case is remanded to the Court of Common Pleas of Luzerne County;

(4) Defendants' pending motions to dismiss, (Doc. Nos. 3, 4), are **DISMISSED** for lack of jurisdiction without prejudice to defendants filing equivalent motions in state court; and

(5) The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 6, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2572-01-order.wpd